UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRICK SMITH, on behalf of himself
and all other persons similarly
situated known or unknown,

        Plaintiffs,

                                          Case No. 12-CV-11462
v.                                      HON. GEORGE CARAM STEEH

HAPPY'S PIZZA FRANCHISE, LLC, et al.,

        Defendants.
_____/

ORDER GRANTING JOINT MOTION TO STAY DISCOVERY
AND TO ADJOURN ALL SCHEDULED HEARING DATES (#104)

On October 12, 2012, the parties filed a joint motion to stay discovery and adjourn all scheduled hearing dates for the purposes of entering into mediation. The parties indicate that they have agreed to mediate this litigation and that the mediation is scheduled for November 29, 2012. The parties ask that discovery be stayed until December 15, 2012, and all currently scheduled hearing and conference dates be adjourned to a date after November 29, 2012. The parties represent that they will inform the court of the results of the mediation by Monday, December 3, 2012. Accordingly, the parties' motion is GRANTED. Discovery is stayed until December 15, 2012 and the January 17, 2013 date remains for oral argument on the renewed motions.

        SO ORDERED.

Dated: October 16, 2012

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Joseph N. Newbold, Freeborn & Peters, LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606 and Maureen Ann Salas, Werman Law Offices, PC, 77 W. Washington, Suite 1402, Chicago, IL 60602, on October 16, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk